IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Glover, Latricia C

Printed: 12/28/07

Case Number: 06 B 11104
Judge: Wedoff, Eugene R

Filed: 9/7/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 15, 2007
Confirmed: October 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,475.00 |  |
| Secured: |  | 2,693.34 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,556.12 |
| Trustee Fee: |  | 225.54 |
| Other Funds: |  | 0.00 |
| Totals: | 4,475.00 | 4,475.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 2,000.00 | 1,556.12 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Triad Financial Services | Secured | 25,523.07 | 2,693.34 |
| 4. | EMC Mortgage Corporation | Secured | 17,075.58 | 0.00 |
| 5. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 6. | Triad Financial Services | Unsecured | 11.84 | 0.00 |
| 7. | AmeriCash Loans, LLC | Unsecured | 2,690.99 | 0.00 |
| 8. | Evergreen Emergency Service | Unsecured |  | No Claim Filed |
| 9. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 47,301.48 | $ 4,249.46 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 128.88 |
| 5.4% | 96.66 |
|  | $ 225.54 |


# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Glover, Latricia C

Printed: 12/28/07

Case Number: 06 B 11104
Judge: Wedoff, Eugene R
Filed: 9/7/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

